# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IGOR FERREIRA MACHADO,

      **Plaintiff,**

**v.**                                **Case No: 6:24-cv-68-PGB-EJK**

EQUIFAX INFORMATION
SERVICES, LLC and
SANTANDER BANK, N.A.,

      **Defendants.**

_____/

## ORDER

The Court has been advised that the above-styled action has been settled. (Doc. 15). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

      **DONE AND ORDERED** in Orlando, Florida on March 13, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2