## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**IGOR FERREIRA MACHADO,**

      **Plaintiff,**

**v.**                                    **Case No: 6:24-cv-68-PGB-EJK**

**EQUIFAX INFORMATION
SERVICES, LLC and
SANTANDER BANK, N.A.,**

      **Defendants.**

                                     /

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Equifax Information Services LLC, filed April 8, 2024. (Doc. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC, as a party.

**DONE AND ORDERED** in Orlando, Florida on April 12, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties