## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**IGOR FERREIRA MACHADO,**

     **Plaintiff,**

**v.**                                                                  **Case No: 6:24-cv-68-PGB-EJK**

**EQUIFAX INFORMATION**
**SERVICES, LLC and**
**SANTANDER BANK, N.A.,**

     **Defendants.**

_____/

## <u>ORDER</u>

This cause is before the Court on Plaintiff and Defendant Santander Bank, N.A.'s Joint Stipulation of Dismissal With Prejudice as to Santander Bank, N.A. (Doc. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Santander Bank, N.A., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 12, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties